NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 20 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MARWAN ABDULLAH NASSIR, AKA
Marwan Abdullah Nasser, AKA Marwan A.
Nasser, AKA Marwan Abdullah Alnasser,

Defendant - Appellant.

No. 24-7681

D.C. No. 2:18-cr-00008-SAB-1

MEMORANDUM[*]

Appeal from the United States District Court
for the Eastern District of Washington
Stanley A. Bastian, District Judge, Presiding

Submitted August 19, 2025[**]

Before:    SILVERMAN, HURWITZ, and BADE, Circuit Judges.

Marwan Abdullah Nassir appeals from the district court's judgment

revoking supervised release and imposing a sentence of 24 months' imprisonment

and 36 months' supervised release.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Nassir's counsel filed a brief under *Anders v. California*, 386 U.S. 738 (1967), stating that there are no non-frivolous arguments for appeal. Nassir has filed a pro se supplemental brief, and the government has filed a motion for summary affirmance.

Our independent review of the record, *see Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no non-frivolous arguments to be made on direct appeal. Contrary to Nassir's argument in his pro se brief, the 24-month prison term is substantively reasonable in light of his breach of the court's trust and the 18 U.S.C. § 3583(e) factors, including the need to protect the public.

Counsel's motion to withdraw is granted.

The government's motion for summary affirmance and dismissal of appeal is denied as moot.

**AFFIRMED.**